| | |
|---|---|
| 1 | Mark G. Tratos (Bar No. 1086) |
| | GREENBERG TRAURIG |
| 2 | 3773 Howard Hughes Parkway |
| | Suite 500 North |
| 3 | Las Vegas, NV 89109 |
| | Tel: (702) 792-3773 |
| 4 | Fax: (702) 792-9002 |
| 5 | Alan N. Sutin (*pro hac vice* pending) |
| | Daniel I. Schloss (*pro hac vice* pending) |
| 6 | GREENBERG TRAURIG LLP |
| | 200 Park Avenue |
| 7 | New York, NY 10166 |
| | Tel: (212) 801-9200 |
| 8 | Fax: (212) 801-6400 |
| 9 | Kenneth A. Plevan (*pro hac vice* pending) |
| | SKADDEN ARPS SLATE MEAGHER & FLOM LLP |
| 10 | 4 Times Square |
| | New York, NY 10036 |
| 11 | Tel: (212) - |
| | Fax: (212) - |
| 12 | |
| | Attorneys for Defendants |
| 13 | THE EL-AD GROUP, LTD, EL AD PROPERTIES |
| | LAS VEGAS, LLC, EL AD LAS VEGAS, LLC, |
| 14 | CPS 1 REALTY, LP, and PLAZA HOLDINGS, LLC. |

*[Left margin: Greenberg Traurig, LLP, Suite 500 North, 3773 Howard Hughes Parkway, Las Vegas, Nevada 89109, (702) 792-3773, (702) 792-9002 (fax)]*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| 18 | TAMARES LAS VEGAS PROPERTIES, LLC, | CASE NO. |
| 19 | | NOTICE OF REMOVAL OF ACTION |
| 20 | Plaintiff, | UNDER 28 U.S.C. §1441(b) |
| 21 | v. | |
| 22 | THE EL-AD GROUP, LTD.; EL AD PROPERTIES LAS VEGAS, LLC and EL-AD LAS VEGAS, LLC, | |
| 23 | | |
| 24 | Defendants. | |

25 TO THE CLERK OF THE ABOVE-ENTITLED COURT:

26     PLEASE TAKE NOTICE that Defendants THE EL-AD GROUP, LTD.; EL AD

27 PROPERTIES LAS VEGAS, LLC and EL-AD LAS VEGAS, LLC ("EL-AD"), hereby remove

28 to this Court the State court action described below:

1

1. On August 9, 2007, an action was commenced in the District Court, Clark County Nevada entitled *Tamares Las Vegas Properties, LLC v. The El-Ad Group, Ltd., et al.*, Case No. A546046. The Complaint seeks, among other things, a preliminary injunction preventing El-Ad from using its federally registered trademarks in Nevada. A copy of the Complaint is attached hereto as Exhibit "A."

2. On August 10, 2007, Defendant El-Ad Las Vegas, LLC, was served with the summons and the Complaint in said action. A file-stamped copy of the Summons is attached hereto as Exhibit "B."

3. On August 10, 2007, Defendant El-Ad Properties Las Vegas, LLC was served with the Summons and Complaint in said action. A file-stamped copy of the Summons is attached hereto as Exhibit "C."

4. On August 9, 2007, Defendant El-Ad Group Ltd., was served with the Summons and Complaint in said action. No copy of the Summons was filed by the Plaintiff.

5. On Thursday, September 6, 2007, Tamares filed its Reply in Support of its Motion for Preliminary Injunction wherein it asserted that El-Ad's federal "trademark registration should be cancelled" for abandonment pursuant to 15 U.S.C. § 1064(3) and 15 U.S.C. § 1127. Plaintiff's Opposition and Reply at p. 16.

6. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331. This action may be removed from the State court by Defendants pursuant to the provisions of 28 U.S.C. §1441(b) because it is a civil action founded on a claim or right arising under the Constitution, treaties, or laws of the United States.

7. Plaintiff alleges in its Complaint claims for (i) state trademark infringement under NRS 600.420; (ii) state trademark dilution under NRS 600.435; (iii) deceptive trade practices under NRS 598.0903, *et seq.*; and (iv) substantial and related claims of trademark infringement and unfair competition under the common law of the State of Nevada.

8. Through a wholly-owned subsidiary holding company, Defendants own the following federal trademark registrations:

   a) THE PLAZA, U.S. Reg. No. 1,389,501, for hotel and restaurant

Greenberg Traurig, LLP
Suite 500 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89109
(702) 792-3773
(702) 792-9002 (fax)

services. The application that matured into a registration was filed on September 9, 1985, the registration issued on April 8, 1986, and recites a first use date of December 31, 1906. A copy of the registration is attached hereto as Exhibit D.

b)  U.S. Reg. No. 1,455,862, also for hotel and restaurant services. The application that matured into a registration was filed on November 21, 1986, the registration issued on September 1, 1987, and recites a first use in commerce date of December 31, 1906. A copy of the registration is attached hereto as Exhibit E.

c) ℚℙ U.S. Reg. No. 1,217,869, for nightclub, hotel, restaurant, and catering services. The application that matured into a registration was filed on August 25, 1980, the registration issued on November 23, 1982, and recites a first use in commerce date of December 31, 1906. A copy of the registration is attached hereto as Exhibit F.

All three of these registrations are "incontestable" as that term is defined in 15 U.S.C. § 1065.

9. Also on August 9, 2007, Plaintiff filed a Motion for Preliminary Injunction in State Court. A copy of the Motion is attached hereto as Exhibit G.

10. Defendants filed their Opposition to Motion for Preliminary Injunction and Countermotion to Dismiss on August 23, 2007. A copy of the Opposition and Countermotion is attached hereto as Exhibit H.

11. On September 4, 2007, Plaintiff filed its Reply in Support of its Motion for Preliminary Injunction and Opposition to Defendants' Countermotion to Dismiss. A copy of the Reply and Opposition is attached hereto as Exhibit I.

12. For the first time in Plaintiff's Reply and Opposition, Plaintiff attacks Defendants' federal trademark registrations and federal trademark rights in multiple ways, alleging that these federal registrations: (i) cannot be asserted by Defendants merely because they are owned by a subsidiary holding company controlled by Defendants; and (ii) should be cancelled; and (iii) and that Defendants' nationwide federal rights do not apply in the State of Nevada. See Plaintiff's Reply and Opposition at pp. 11-21.

13. The federal question requirement for removal of the State action to this Court is hereby met.

14. Defendant's Notice of Removal was timely filed.

DATED this 7 day of September, 2007.

By: _____
Mark G. Tratos (Bar No. 1086)
GREENBERG TRAURIG
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, NV 89109
Tel: (702) 792-3773
Fax: (702) 792-9002

*Attorneys for Defendants THE EL-AD GROUP, LTD, EL AD PROPERTIES LAS VEGAS, LLC, EL AD LAS VEGAS, LLC, CPS 1 REALTY, LP, and PLAZA HOLDINGS, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2007, I served the foregoing **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1331** on:

> Daniel F. Polsenberg
> LEWIS & ROCA, LLP
> 530 Las Vegas Blvd., South
> Las Vegas, Nevada 89101
>
> William R. Golden, Jr.,
> Michelle M. Graham
> KELLEY DRYE & WARREN, LLP
> 101 Park Avenue
> New York, New York, 10178
>
> Attorneys for Plaintiff

by causing a full, true, and correct copy thereof to be sent by the following indicated method or methods, on the date set forth below:

- [x] by mailing in a sealed, first-class postage-prepaid envelope, addressed to the last-known office address of the attorney, and deposited with the United States Postal Service.
- [ ] by hand delivery.
- [ ] by sending via overnight courier in a sealed envelope.
- [ ] by faxing to the attorney at the fax number that is the last-known fax number.
- [ ] by electronic mail to the last known e-mail address.

_/s/ Sue S. Whitehead_

CERTIFICATE OF SERVICE

LV 418615446v1 9/7/2007 Notice of Removal - Federal Court Final